**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSICA IVONNE ALAMILLO ROSA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,<br><br>Respondents. | Case No. 1:26-cv-2911 KES FJS<br><br>A- Number: 097-678-911<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR DISMISSAL, DISMISSING PETITION WITHOUT PREJUDICE, LIFTING TRANSFER RESTRICTIONS, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>Doc. 13 |

Petitioner Jessica Ivonne Alamillo Rosa, an immigration detainee, proceeds with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. *See generally* Doc. 1. Petitioner now requests the Court "close" her habeas petition. Doc. 13 at 1. As the respondents previously responded to the Court's order to show cause with a document that may be deemed an answer to the petition, the Court construes this as a request for dismissal under Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Under Rule 41(a)(2), "an action may be dismissed at the [petitioner's] request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Unless otherwise ordered by the Court, dismissal under Rule 41(a)(2) "is without prejudice." *Id.* Motions for voluntary dismissal under Rule 41(a)(2) should be liberally granted if it will not result in legal prejudice to the respondents. *Stevedoring Serv. of Am. v. Armilla Int'l*, 889 F.2d 919, 921 (9th

1

Cir. 1991).  The decision to grant a voluntary dismissal under Rule 41(a)(2) is addressed to the district court's discretion and "will not be disturbed unless the court has abused its discretion." *Westlands Water Dist. v. U.S.*, 100 F.3d 94, 97 (9th Cir. 1996).

The Court finds dismissal is appropriate in this action.  Respondents would not suffer any prejudice from the requested dismissal, which is the primary concern of Rule 41(a)(2).  *See Stevedoring*, 889 F.2d at 921.  Thus, the Court ORDERS:

1.     Petitioner's request for dismissal (Doc. 13) is GRANTED.

2.     The petition is DISMISSED without prejudice.

3.     The transfer restrictions imposed on April 20, 2026 (Doc. 7) are LIFTED.

4.     The Clerk of Court is directed to terminate pending motions and close this case.

IT IS SO ORDERED.

Dated:    June 16, 2026

_____
UNITED STATES DISTRICT JUDGE